PD-0730-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/15/2015 4:24:17 PM
Accepted 6/18/2015 9:51:53 AM
ABEL ACOSTA
CLERK

No. 02-14-00179-CR

## IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

DALLAS CARL TATE,                                           Appellant

v.

THE STATE OF TEXAS,                                         Appellee

Appeal from Montague County

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS
PETITION FOR DISCRETIONARY REVIEW**

\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its petition for discretionary review to and including the 29th day of June, 2015. The court of appeals's opinion was not forwarded to this office until two weeks after it was issued, and the additional time requested will provide the full thirty days to complete the petition. No previous motions to extend this deadline have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until June 29, 2015, be granted.

Respectfully submitted,

/s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

# CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has been e-filed or e-mailed on this the 15th day of June, 2015 to:

Zachary Renfro
Special Prosecutor
304 Clay St.
Nocona, Texas 76255
renfrolawoffice@gmail.com

Paige Williams
District Attorney
P.O. Box 55
Montague, Texas 76251
paige.williams@co.montague.tx.us

Lynn Switzer
P.O. Box 2040
406 N. Grand Ave., Suite 108
Gainesville, Texas 76241
lynn.switzer@thesolawfirm.com

    /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney